DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Macias,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:23-cv-01034-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER<br><br>(Doc. 14) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from October 11, 2023 to December 11, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week.  For the weeks of October 9, 2023 and October 16, 2023,

1

1  Counsel has five merit briefs and four reply briefs due.  Additionally, Counsel is
2  currently on stand-by for jury service.  Defendant does not oppose the requested
3  extension.  Counsel apologizes to the Defendant and Court for any inconvenience
4  this may cause.

Respectfully submitted,

Dated:        October 10, 2023    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
    DOLLY M. TROMPETER
    Attorneys for Plaintiff


Dated: October 11, 2023           PHILLIP A. TALBERT
                                  United States Attorney
                                  PETER K. THOMPSON
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration


By:  **/s/ Michael Marriott*
     Michael Marriott
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on Oct. 11, 2023)

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion for an extension of time (Doc. 14), IT IS HEREBY ORDERED that Plaintiff shall have an extension, up to and including **December 11, 2023**, to file Plaintiff's Motion for Summary Judgment. The deadlines in the Scheduling Order (Doc. 5) are hereby extended accordingly.

IT IS SO ORDERED.

Dated:   **October 12, 2023**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE